S. Hunter, Alias Shorty Hunter, v. The State.

No. 7472.  Decided December 13, 1922.

**Theft—Escape—Practice on Appeal.**

The fact of the escape of the appellant and of no voluntary return within the time allowed by law, being shown by proper affidavit, the State's motion to dismiss is sustained.

Appeal from the district court of Lubbock. Tried below before the Honorable W. R. Spencer.

Appeal from a conviction of theft of over the value of $50.00; penalty, four years imprisonment in the penitentiary.

The opinion states the case.

*Bledsoe & Mullican* and *Vickers & Campbell,* for appellant.

*R. G. Storey,* Assistant Attorney General, for the State.

MORROW, Presiding Judge.—Conviction is for theft; punishment fixed at confinement in the penitentiary for a period of four years.

On the 12th day of November, 1922, the appellant escaped from jail where he was held in custody awaiting the result of his appeal.

The fact of the escape, and of no voluntary return having been made within the time allowed by law is revealed by the affidavit of the Sheriff of Lubbock County.

The motion of the State to dismiss the appeal is granted.

*Dismissed.*